## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS J. DUBOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 09-2176 (RJL) |
| | ) | |
| | ) | |
| WASHINGTON MUTUAL BANK, in | ) | |
| receivership, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 2ⁿᵈ day of September, 2010, hereby

**ORDERED** that Finestein & Malloy, L.L.C.'s Motion To Dismiss [#7] is **GRANTED**; and it is further

**ORDERED** that Chase Home Finance, LLC, JP Morgan Chase Bank, N.A. and Tait O. Norton's Motion To Dismiss [#12] is **GRANTED**; and it is further

**ORDERED** that Federal National Mortgage Association's Motion To Dismiss [#20] is **GRANTED**; and it is further

**ORDERED** that Federal Deposit Insurance Corporation-Corporate's Motion To Dismiss [#22] is **GRANTED**; and it is further

**ORDERED** that Federal Deposit Insurance Corporation-Receiver's Motion To

Dismiss [#24] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2